*Monday, June 20, 1994*

## MOTION DOCKET

**92–1276.** Arpadi v. First MSP Corp. *Cuyahoga County*, No. 59939. On June 13, 1994, appellees filed a reply memorandum relating to appellees' earlier-filed motion for reconsideration. There being no provision in the Supreme Court Rules of Practice permitting the filing of reply memoranda in support of motions,

IT IS ORDERED by the court, *sua sponte*, effective June 15, 1994, that appellees' reply memorandum be, and is hereby, stricken.

F.E. SWEENEY, J., not participating.

**92–2117.** Fletcher v. Fletcher. *Montgomery County*, No. 12942. This cause came on for further consideration upon appellee's motion to tax costs in the amount of $13,726.25. Upon consideration thereof,

IT IS ORDERED by the court that the motion to tax as costs be, and the same is hereby, denied, effective June 16, 1994.

**93–2238.** State ex rel. Miller v. Anthony. *Franklin County*, No. 93AP–492. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On March 10, 1994, this court granted the motion of the Ohio Prosecuting Attorneys' Association for leave to file an *amicus curiae* brief and ordered that the brief was due within thirty days from the date of the entry. On June 15, 1994, counsel for *amicus curiae* filed a motion for leave to file the *amicus curiae* brief untimely, citing S.Ct.Prac.R. XXII. Upon consideration thereof,

IT IS ORDERED by the court that the motion is denied, effective June 15, 1994.

**93–2348.** Cincinnati Bengals, Inc. v. Papania. *Hamilton County*, No. C–920272. This cause is pending before the court as a discretionary appeal. Upon consideration of the joint motion for stay,

IT IS ORDERED by the court that the motion for stay be, and the same is hereby, denied.

IT IS FURTHER ORDERED by the court that this cause shall proceed under S.Ct.Prac.R. III and appellee's memorandum in response shall be due July 20, 1994.

RESNICK, J., dissents.

**94–103.** State v. D'Ambrosio. *Cuyahoga County*, No. 57448. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. On May 17, 1994, upon consideration of appellant's motion for appointment of counsel, this court appointed the Ohio Public Defender as counsel for appellant. On May 25, 1994, this court received notice from the Ohio Public Defender that, due to a conflict, the Office of the Public Defender is unable to accept the appointment. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be remanded to the court of appeals for appointment of counsel.

IT IS FURTHER ORDERED by the court that appellant's brief shall be due thirty days after appointment of counsel by the court of appeals.

F.E. SWEENEY, J., not participating.

**94–525.** Ohio Farmers Ins. Co. v. Binegar. *Montgomery County*, No. 13906. This cause is pending before the court as a discretionary appeal and cross-appeal. This court granted appellees/cross-appellants' motion for leave to file memorandum in support of cross-appeal instanter on May 4, 1994. The response to the memorandum in support of cross-appeal was due on or before June 3, 1994. Appellant/cross-appellee filed its response to the memorandum in support of cross-appeal on June 6, 1994. Rule XIV, Section 1(C) of the Rules of Practice of the Supreme Court of Ohio, effective June 1, 1994, prohibits the filing of a memorandum that is not timely tendered for filing. Accordingly,

IT IS ORDERED by the court, *sua sponte*, effective June 15, 1994, that the memorandum in response filed by appellant/cross-appellee on June 6, 1994, be, and is hereby, stricken.